# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Brenda Hunter Griffin | } | **Case No: 13-72305-CMS11** |
| Brenda's Rentals, LLC | } | **AP No: 14-70001-CMS** |
| Jerman, Inc. | } | |
| Jerry Allen Griffin | } | |
| Jerry's Enterprises, Inc. | } | |
|    PLAINTIFFS, | | |
| VS. | | |
| Alabama One Credit Union | | |
| Butler Enterprises, L.L.C. | | |
| DB Enterprises, LLC | | |
| DRB Enterprises, LLC | | |
| Danny R Butler | | |
|    DEFENDANTS, | | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #4; Plaintiff's Motion for Remand or in the alternative Motion for Abstention |
| **Date and Time:** | Monday, March 17, 2014 09:00 AM |
| **Appearances:** | Mary Lane L. Falkner, (attorney for Brenda's Rentals,LLC) |
| | Benjamin B Coulter, (attorney for  Alabama One  Credit Union ) |
| | Bobby H Cockrell Jr, (attorney for  Brenda's Rentals, LLC) |
| | Bobby H Cockrell Jr, (attorney for   Jerman, Inc.) |
| | Bobby H Cockrell Jr, (attorney for   Jerry's Enterprises, Inc.) |
| | Bobby H Cockrell Jr, (attorney for Brenda and Jerry Griffin) |
| | Derek F Meek, (attorney for   Alabama One  Credit Union) |
| | Joseph Edward Bulgarella,  (Bankruptcy Administrator) |
| | Maxwell H Pulliam, (attorney for   Butler Enterprises, L.L.C.) |
| | Maxwell H Pulliam, (attorney for  DB Enterprises, LLC) |
| | Maxwell H Pulliam, (attorney for  DRB Enterprises, LLC) |
| | Maxwell H Pulliam, (attorney for Danny R Butler) |
| | Michael Leo Hall, (attorney for   Alabama One Credit Union) |
| **Courtroom Deputy:** | Shirley Porter |
| **Presiding Judge:** | C. MICHAEL STILSON |
| **Court Notes:** | Continue to  4-10-14  1:30 |

Date Prepared:03/19/2014