# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Brenda Hunter Griffin } | **Case No: 13-72305-CMS11** |
| Brenda's Rentals, LLC } | **AP No: 14-70001-CMS** |
| Jerman, Inc. } | |
| Jerry Allen Griffin } | |
| Jerry's Enterprises, Inc. } | |

    PLAINTIFFS,
VS.
Alabama One Credit Union
Butler Enterprises, L.L.C.
DB Enterprises, LLC
DRB Enterprises, LLC
Danny R Butler
    DEFENDANTS,

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #4; Plaintiff's Motion for Remand or in the alternative Motion for Abstention |
| **Date and Time:** | Thursday, April 10, 2014 01:30 PM |
| **Appearances:** | No Appearances as was Rescheduled prior to hearing |
| **Courtroom Deputy:** | Shirley Porter |
| **Presiding Judge:** | BENJAMIN COHEN |
| **Court Notes:** | Rescheduled to 5-15-14  1:30 |

Date Prepared:04/09/2014